___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 21 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR09-0160JLR |
| Plaintiff, | CASE NO. |
| v. | ORDER ISSUING BENCH WARRANT |
| WILLIAM S. POFF, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 21st day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES XX NO ___

09-CR-00160-ORD

Order Issuing Bench Warrant - 1