# United States District Court

WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| WILLIAM S. POFF | CASE NUMBER: CR09 - 160 JLR |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**WILLIAM S. POFF**_____ and bring him or her forthwith to the nearest magistrate judge to answer a(n) **INDICTMENT** charging him or her with:

**Count 1:**     **Conspiracy to Commit Bank Fraud & Wire Fraud**
                 18:1349

**Count 2:**     **Conspiracy to Engage in Money Laundering**
                 18:1956(h)

| James Kelly | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [Signature] | |
| Signature of Issuing Officer | May 22, 2009 at Seattle, Washington |
| Bail fixed at ____ by ____ | Date and Location |

CERTIFIED TRUE COPY ATTEST: BRUCE RIFKIN Clerk, U.S. District Court Western District of Washington By [signature]

**09-CR-00160-WRNT**

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |