UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR09-160-JLR |
| | ) | |
| v. | ) | **DETENTION ORDER** |
| | ) | |
| WILLIAM S. POFF, | ) | |
| | ) | |
| Defendant. | ) | |

Offenses charged:

    Conspiracy to Commit Bank and Wire Fraud,
    Conspiracy to commit Bank and Mail Fraud,
    Conspiracy to Engage in Money Laundering,
    Bank Fraud,
    Fraud by Wire,
    Conspiracy to Engage in Money Lanudering, and
    Monetary Transactions using Criminally Derived Property.

Date of Detention Hearing: July 22, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

On June 14, 2010 defendant failed to appear for his sentencing hearing. He was subsequently arrested out of state and ordered transferred back to this federal district.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of July, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2