**EXHIBIT 1**

Date: 04/11/2016　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Location: GIL
Time: 05:48:34 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 14361040　Inmate Name: POFF, WILLIAM S　　　　　Available Balance: $0.00

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 04/11/2016 | 1668 | Prevent Depletion | | -$2,663.05 |
| 04/08/2016 | RIPP0316 | Payroll - IPP | | $58.00 |
| 04/08/2016 | RIPP0316 | Payroll - IPP | | $5.25 |
| 04/05/2016 | TFN0405 | Phone Withdrawal | | -$20.00 |
| 04/05/2016 | 31 | Sales | | -$32.25 |
| 04/02/2016 | 70105601 | Lockbox - CD | DEPART TREASURY | $133.17 |
| 03/31/2016 | TL0331 | TRUL Withdrawal | | -$5.00 |
| 03/25/2016 | TL0325 | TRUL Withdrawal | | -$5.00 |
| 03/22/2016 | 38 | Sales | | -$35.15 |
| 03/16/2016 | 66 | Sales | | -$42.40 |

Inmate #: 14361040

Date: 04/13/2016  
Time: 07:50:13 PM  
Location: GIL

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 14361040   Inmate Name: POFF, WILLIAM S   Available Balance: $0.00

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 05/01/2015 | 70182401 | Lockbox - CD | | $133.17 |
| 04/30/2015 | TFN0430 | Phone Withdrawal | | -$30.00 |
| 04/30/2015 | 20 | Sales | | -$2.30 |
| 04/29/2015 | TL0429 | TRUL Withdrawal | | -$10.00 |
| 04/28/2015 | TL0428 | TRUL Withdrawal | | -$15.00 |
| 04/28/2015 | 25 | Sales | | -$122.45 |
| 04/25/2015 | 70182001 | Lockbox - CD | | $2,619.96 |
| 04/21/2015 | 27 | Sales | | -$18.65 |
| 04/16/2015 | TFN0416 | Phone Withdrawal | | -$20.00 |
| 04/14/2015 | 39 | Sales | | -$17.00 |
| 04/09/2015 | 37 | Sales | | -$18.30 |
| 04/09/2015 | 1749 | SPO - Released | | $16.00 |
| 04/07/2015 | 52 | Sales | | -$22.25 |
| 04/03/2015 | PIPP0315 | Payroll - IPP | | $34.00 |

Inmate #: 14361040