**EXHIBIT 2**

**Department of Veterans Affairs**

FED BLDG 915 2ND AVE
SEATTLE WA  98174

March 2, 2012

Veteran's Name:
Poff, William, Stuart

WILLIAM STUART POFF
REGISTER# 14361-040
FCI OXFORD
PO BOX 1085
OXFORD WI   53952

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

--America is Grateful to You for Your Service--

Our records contain the following information:

### Personal Claim Information:
Your VA claim number is:  298 80 0885
You are the Veteran

### Military Information:
Your character(s) of discharge and service date(s) include:
   Marine Corps, Honorable, 07-Jun-1990 - 31-Aug-2000
(You may have additional periods of service not listed above)

### VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  40 PERCENT
The effective date of the last change to your current award was:  01-DEC-2011
Your current monthly award amount is:  $560.00

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

### Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

T. MCARTOR
VETERANS SERVICE CENTER MANAGER