CR09-160

William Stuart Poff
(Reg. No. 14361-040)
FCI Gilmer -- Camp
PO BOX 7000
Glenville, W. Virginia 26351

TO:  The Honorable James L. Robart          April 15, 2016
     United States District Court
     700 Stewart Street
     Seattle, Washington 98101

RE:  Enclosed Motion

Dear Judge Robart:

Greetings. I hope this letter finds you well. Please find enclosed a courtesty copy of my motion to unencumber my prison commissary account.

As will become evident, the funds in which AUSA Forsyth is attempting to levy is monies from VA Disability. Perhaps, Mr. Forsyth did not realize the nature of these funds, but these funds are in fact exempt from these types of attachments.

I am in hopes of correcting this mistake with the motion herein. Your prompt order would be greatly appreciated.

Your Honor, thanks in advance for your time and consideration in regards to this respectfully submitted matter.

                                        Sincerely,

                                        William Stuart Poff