FILED

OCT 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. WILLIAM S. POFF, Defendant-Appellant. | No. 16-30141 D.C. No. 2:09-cr-00160-JLR-3 Western District of Washington, Seattle ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to proceed in forma pauperis (Docket Entry Nos. 4, 5) is granted. The Clerk shall amend the docket to reflect this status.

Because appellant is proceeding without counsel, the court waives the excerpts of record requirement. See 9th Cir. R. 30-1.2. The supplemental excerpts of record are limited to the district court docket report, the notice of appeal, the order appealed from, and any specific portions of the record cited in the answering brief. See 9th Cir. R. 30-1.7.

The Clerk shall file the opening brief received on August 29, 2016. The answering brief is due November 10, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

SFI/MOATT