# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-0160JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WILLIAM S. POFF, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS the parties to confer and file a joint status report proposing how to proceed in accordance with the Ninth Circuit opinion entered July 12, 2019. (*See* 9th Cir. Mem. (Dkt. # 326).) If the parties cannot agree, each side may set forth its own proposal. The parties shall file their joint status report no later than 14 days from the date of this order.

MINUTE ORDER - 1

The court is considering asking each side to trace the source of the funds at issue and the treatment of each source for garnishment purposes.

Filed and entered this 16th day of August, 2019.

                WILLIAM M. MCCOOL
                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk

MINUTE ORDER - 2