1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

WILLIAM S. POFF,

        Defendant.

NO. 2:09-CR-00160-JLR-3

[~~PROPOSED~~] ORDER
DIRECTING CLERK OF COURT
TO DISBURSE FUNDS



17
18
19
20
21

Pursuant to the Stipulation of Plaintiff, United States of America, and
Defendant William S. Poff (Mr. Poff), the Court enters the following order,
which resolves all remaining issues on remand from the Ninth Circuit's July
12, 2019, Memorandum Decision [dkt. no. 326].

22
23
24

    1. On or about June 2, 2016, the Bureau of Prisons paid the Clerk of
       this Court $2,663.05 from Mr. Poff's inmate trust account, as
       directed by the Court's order [dkt. no. 316].

25
26
27

    2. Following remand from the Court of Appeals, the parties, through
       counsel, have reviewed Mr. Poff's inmate trust account records and

28

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

stipulate that $2,163.05 of the $2,663.05 payment was proper under applicable statutes and the terms of Mr. Poff's Criminal Judgment.

3. Accordingly, the Clerk of Court shall refund to Mr. Poff five hundred dollars ($500.00) from the funds he has paid to the Clerk of Court towards his monetary obligations imposed in this case. Counsel for the parties shall provide the Clerk of Court all payee information necessary to facilitate this payment.

DATED this 8th day of October 2019.

Hon. James L. Robart
United States District Court Judge

Jointly submitted:

s/ Kyle A. Forsyth
Kyle A. Forsyth
Assistant U.S. Attorney

s/ Paul J. Collins
Paul J. Collins
Gibson, Dunn & Crutcher LLP

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970